B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Bunkers International Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **65-0657189** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **1071 S. Sun Drive, Suite 3, Lake Mary, FL**   ZIP Code **32746** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business: **Seminole** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **1071 S. Sun Drive, Suite 3, Lake Mary, FL**   ZIP Code **32746** | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **1071 S. Sun Drive, Suite 3, Lake Mary, FL 32746** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bunkers International Corp.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bunkers International Corp.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ signature*<br>Signature of Attorney for Debtor(s)<br><br>**R Scott Shuker 984469**<br>Printed Name of Attorney for Debtor(s)<br><br>**Latham, Shuker, Eden & Beaudine, LLP**<br>Firm Name<br><br>**PO Box 3353**<br>**Orlando, FL 32802-3353**<br><br>Address<br><br>**(407) 481-5800  Fax: (407) 481-5801**<br>Telephone Number<br><br>**August 28, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ signature*<br>Signature of Authorized Individual<br><br>**John T. Canal**<br>Printed Name of Authorized Individual<br><br>**President/CEO**<br>Title of Authorized Individual<br><br>**August 28, 2015**<br>Date | |

In re  **Bunkers International Corp.**                                      Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Americas Bunkering, LLC**<br>**Middle District of Florida, Orlando Division** | 6:15-bk-<br>Affiliate | |
| **Atlantic Gulf Bunkering, LLC**<br>**Middle District of Florida, Orlando Division** | 6:15-bk-<br>Affiliate | |
| **Dolphin Marine Fuels, LLC**<br>**Middle District of Florida, Orlando Division** | 6:15-bk-<br>Affiliate | |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Bunkers International Corp.**              Case No. _____
                        Debtor(s)                   Chapter  **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __N/A__ .

2. The following financial data is the latest available information and refers to the debtor's condition on ____ .

   a. Total assets                                            $         0.00

   b. Total debts (including debts listed in 2.c., below)     $         0.00

   c. Debt securities held by more than 500 holders:                                Approximate number of holders:

   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |

   d. Number of shares of preferred stock                           0          0

   e. Number of shares common stock                                 0          0

   Comments, if any:
   **Privately-held Florida S-Corporation**

3. Brief description of Debtor's business:
   **Provides trading, physical supply, and brokering services for marine fuels to ship operators around the World.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Bunkers International, LLC - 100% Shareholder**

# United States Bankruptcy Court
## Middle District of Florida

In re   **Bunkers International Corp.**                                     ,
                                              Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bunkers International, LLC**<br>**1071 S. Sun Drive**<br>**Suite 3**<br>**Lake Mary, FL 32746** | **Common** | **1000** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 28, 2015**                        Signature _____
                                                              John T. Canal
                                                              President/CEO

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Bunkers International Corp.**                              Case No.
                                    Debtor(s)                       Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AMERICAN EXPRESS<br>P.O. BOX 360001<br>FT. LAUDERDALE, FL 33336-0001 | AMERICAN EXPRESS<br>P.O. BOX 360001<br>FT. LAUDERDALE, FL 33336-0001 | CREDIT CARD | | 1,131,456.85 |
| C.I. MARINE OIL S.A.<br>BOCAGRANDE CRA. 3 NO.6A-100<br>OFICINA 1202<br>CARTAGENA<br>COLOMBIA | C.I. MARINE OIL S.A.<br>BOCAGRANDE CRA. 3 NO.6A-100<br>OFICINA 1202<br>COLOMBIA | FUEL | | 594,809.23 |
| CHIMBUSCO PAN NATION PETRO-CHEMICAL<br>LUK KWOK CENTRE<br>9TH FL, 72 GLOUCESTER RD<br>WANCHAI, HONG KONG<br>CHINA | CHIMBUSCO PAN NATION PETRO-CHEMICAL<br>LUK KWOK CENTRE<br>9TH FL, 72 GLOUCESTER RD<br>CHINA | FUEL | | 525,805.27 |
| COMMERCHAMP<br>AVENIDA LIBERTADOR CON CALLE EL EMPALME<br>EDIF. PETROLEOS DE VENEZUELA, S.A.<br>TORRE ESTE, URB. LA CAMPINA<br>CARACAS, VENEZUELA 01050 | COMMERCHAMP<br>AVENIDA LIBERTADOR CON CALLE EL EMPALME<br>EDIF. PETROLEOS DE VENEZUELA, S.A.<br>CARACAS, VENEZUELA   01050 | FUEL | | 1,725,879.95 |
| CREATIVE OIL LIMITED<br>CREATIVE OIL LIMITED<br>RM 1301, KAI WONG COMM'L BLD<br>222 QUEENS ROAD<br>CENTRAL, HONG KONG | CREATIVE OIL LIMITED<br>CREATIVE OIL LIMITED<br>RM 1301, KAI WONG COMM'L BLD<br>CENTRAL, HONG KONG | FUEL | | 280,416.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Bunkers International Corp.**                                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CUROIL<br>A MENDEZ CHUMACEIRO BLVD # 15<br>P.O.BOX 3927<br>CURACOA, DUTCH CARIBBERAN<br>NETHERLANDS ANTILLES | CUROIL<br>A MENDEZ CHUMACEIRO BLVD # 15<br>P.O.BOX 3927<br>NETHERLANDS ANTILLES | FUEL | | 2,678,880.58 |
| GLOBAL COMPANIES L.L.C.<br>800 SOUTH STREET<br>WALTHAM, MA 22454 | GLOBAL COMPANIES L.L.C.<br>800 SOUTH STREET<br>WALTHAM, MA 22454 | FUEL | | 253,484.19 |
| JAM DISTRIBUTING MARINE DIV<br>P. O. BOX 201979<br>DALLAS, TX 75320-1979 | JAM DISTRIBUTING MARINE DIV<br>P. O. BOX 201979<br>DALLAS, TX 75320-1979 | FUEL | | 222,022.98 |
| MARINE FUELS MANAGEMENT LLC<br>1553 REBECCA PLACE<br>LONGWOOD, FL 32779 | MARINE FUELS MANAGEMENT LLC<br>1553 REBECCA PLACE<br>LONGWOOD, FL 32779 | OTHER | | 1,524,908.11 |
| O.W. BUNKER FAR EAST (S) PTE. LTD<br>300 BEACH ROAD<br>#32-01/03, THE CONCOURSE<br>SINGAPORE 00019-9555<br>SINGAPORE | O.W. BUNKER FAR EAST (S) PTE. LTD<br>300 BEACH ROAD<br>#32-01/03, THE CONCOURSE<br>SINGAPORE | FUEL | | 1,160,446.65 |
| ORION HOLDINGS LTD<br>Block B4-137, Dafza<br>PO Box 54538<br>DUBAI, UAE | ORION HOLDINGS LTD<br>Block B4-137, Dafza<br>PO Box 54538<br>DUBAI, UAE | Fuel Lift Agreement | | 965,465.41 |
| OW BUNKER & TRADING CO LTD A/S<br>STIGSBORGVEJ 60<br>NOERRESUNDBY DK-9400<br>DENMARK | OW BUNKER & TRADING CO LTD A/S<br>STIGSBORGVEJ 60<br>DENMARK | FUEL | Subject to Setoff | 194,188.35 |
| PETRO-OCEAN TRADING CO LTD<br>#4-1102, KING'S GARDEN<br>73 NAESU-DONG, JONGNO-GU<br>SEOUL 110-873<br>KOREA | PETRO-OCEAN TRADING CO LTD<br>#4-1102, KING'S GARDEN<br>73 NAESU-DONG, JONGNO-GU<br>KOREA | FUEL | | 221,000.00 |
| PORT CONSOLIDATED<br>P. O. BOX 350430<br>FORT LAUDERDALE, FL 33335-0430 | PORT CONSOLIDATED<br>P. O. BOX 350430<br>FORT LAUDERDALE, FL 33335-0430 | FUEL | | 395,014.79 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Bunkers International Corp.**_____   Case No. _____
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SAN LUCIAN OIL COMPANY LTD<br>MBR OF FALZON GROUP OF COMPANIES<br>42, SPENCER HILL<br>MARSA MRS 1955<br>MALTA | SAN LUCIAN OIL COMPANY LTD<br>MBR OF FALZON GROUP OF COMPANIES<br>42, SPENCER HILL<br>MALTA | FUEL | | 236,999.71 |
| SOUTHERN MARINE<br>66 NEW HYDE PARK ROAD<br>GARDEN CITY, NY 11530 | SOUTHERN MARINE<br>66 NEW HYDE PARK ROAD<br>GARDEN CITY, NY 11530 | FUEL | | 300,000.00 |
| SPRAGUE<br>KATHERINE K BATTLES, ESQ<br>185 INTERNATIONAL DRIVE<br>PORTSMOUTH, NH 03801 | SPRAGUE<br>KATHERINE K BATTLES, ESQ<br>185 INTERNATIONAL DRIVE<br>PORTSMOUTH, NH 03801 | FUEL | | 297,074.60 |
| STAATSOLIE-MAATSCHAPPIJ<br>SURINAME NV<br>Dr If Adhinstraat 2 Box 4069<br>PARAMARIBO<br>SURINAME | STAATSOLIE-MAATSCHAPPIJ<br>SURINAME NV<br>Dr If Adhinstraat 2 Box 4069<br>SURINAME | FUEL | | 187,338.26 |
| TROPIC OIL COMPANY<br>10002 N. W. 89TH AVENUE<br>MIAMI, FL 33178-1409 | TROPIC OIL COMPANY<br>10002 N. W. 89TH AVENUE<br>MIAMI, FL 33178-1409 | FUEL | | 285,033.78 |
| VALERO MKTING AND SUPPLY CO<br>P.O. BOX 696000<br>SAN ANTONIO, TX 78269-6000 | VALERO MKTING AND SUPPLY CO<br>P.O. BOX 696000<br>SAN ANTONIO, TX 78269-6000 | FUEL | | 301,702.03 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 28, 2015**_____    Signature  _/s/ John T. Canal_____
                                                                    **John T. Canal**
                                                                    **President/CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re: **Bunkers International Corp.**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 28, 2015**

_____
**John T. Canal/President/CEO**
Signer/Title

Bunkers International Corp.
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746

Atlantic Gulf Bunkering, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32476

CIEL MARINE FUELS
2040 HARBOR ISLAND DRIVE
SUITE 203
SAN DIEGO, CA 92101

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

BLAIR AIR COND & HTG. SVC
2857 SOUTH BUMBY AVENUE
ORLANDO, FL 32806

CLIVE VAN AERDE & PARTNERS
RIJSELSTRAAT 274
8200 BRUGGE
BELGIUM

ADDAX ENERGY SA
12, RUE MICHEL-SERVET
P.O. BOX 404
GENEVA 12 CH-1211
SWITZERLAND

BROAD AND CASSEL
PO BOX 4961
ORLANDO, FL 32802-4961

COMMERCHAMP
AVENIDA LIBERTADOR CON CALLE
EDIF. PETROLEOS DE VENEZUELA
TORRE ESTE, URB. LA CAMPINA
CARACAS, VENEZUELA 01050

ADT SECURITY SERVICES, INC.
P.O. BOX 672279
DALLAS, TX 75267

Bunkers International, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746

CREATIVE OIL LIMITED
CREATIVE OIL LIMITED
RM 1301, KAI WONG COMM'L BLD
222 QUEENS ROAD
CENTRAL, HONG KONG

ALAQUA COUNTRY CLUB
2091 ALAQUA DRIVE
LONGWOOD, FL 32779

C.I. MARINE OIL S.A.
BOCAGRANDE CRA. 3 NO.6A-100
OFICINA 1202
CARTAGENA
COLOMBIA

CUROIL
A MENDEZ CHUMACEIRO BLVD #1
P.O.BOX 3927
CURACOA, DUTCH CARIBBERAN
NETHERLANDS ANTILLES

AMERICAN EXPRESS
P.O. BOX 360001
FT. LAUDERDALE, FL 33336-0001

Casey Z Donoyan, Esq
Ecoff Landsberg, LLP
280 S Beverly Dr, Ste 504
Beverly Hills, CA 90212

CUROIL (ARUBA) FREEZONE N.V
L.G. SMITH BLVD. 62
SUITE 301
ARUBA

Americas Bunkering, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746

CENTURYLINK
PO BOX 1319
CHARLOTTE, NC 28201-1319

DAN BUNKERING
STRANDVEJEN 5
DK-5500 MIDDELFART
DENMARK

Asjes/Carrega
Attn: Quincy D A Carrega
Pietermaai 29A
Willemstad
CURACAO

CEREZ

DUKE ENERGY
P.O. BOX 1004
CHARLOTTE, NC 28201-1004

AT & T MOBILITY
P. O. BOX 536216
ATLANTA, GA 30353-6216

CHEMOIL LATIN AMERICA INC
RUC 439366-1-429943 DV 40,
P.H. PLAZA CANIMA, 19TH FL
CALLE SAMUEL LEWIS
OBARRIO, PANAMA 00785

EAVENSON FRASER LUNSFORD
& EVANS, PL
4230 PABLO PROFESSIONAL CT
SUITE 250
JACKSONVILLE, FL 32224

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

CHIMBUSCO PAN NATION PETRO-CHEMICAL
LUK KWOK CENTRE
9TH FL, 72 GLOUCESTER RD
WANCHAI, HONG KONG
CHINA

ER HERMES ACI
C/O FINANCE DEPARTMENT
800 RED BROOK BLVD.
OWINGS MILLS, MD 21117-1008

EUROSHIPPING & TRADING CO  
3 ASPASIAS STR  
NORTH KALLIPOLIS  
PIRAEUS GR185 39  
GREECE

EVERCLEAR  
P.O. BOX 4058  
AUSTINTOWN, OH 44515

FACTIVA, INC.  
PO BOX 30994  
NEW YORK, NY 10087-0994

FEDEX  
FEDEX FREIGHT  
DEPT CH PO BOX 10306  
PALATINE, IL 60055-0306

Florida Dept of Revenue  
Attn: Executive Director  
5050 W Tennessee St  
Tallahassee, FL 32399-0140

FREEPORT OIL COMPANY LIMITED  
P. O. BOX  F 4 2458  
FREEPORT  
GRAND BAHAMAS

FURNESS WITHY LTD  
(CHARTERING)  
23 FINSBURY HOUSE  
LONDON EC2M 7EA  
UK

GAC BUNKER FUELS LIMITED  
P.O. BOX 18068  
JEBEL ALI  
DUBAI  
UAE

GLOBAL COMPANIES L.L.C.  
800 SOUTH STREET  
WALTHAM, MA 22454

HAND ARENDALL LLC  
P.O. BOX 123  
MOBILE, AL 36601

JAM AMERICAN  
PARKER PLAZA, 12TH FLOOR  
400 KELBY STREET  
FORT LEE, NJ 07024-2934

HARBOR-PLAZA CONSOLIDATED  
ONE ORIENT WAY  
SUITE F 350  
RUTHERFORD, NJ 07070

HURON CONSULTING SVCS LLC  
4795 PAYSPHERE CIRCLE  
CHICAGO, IL 60674

IMPEX MARINE (S) PTE LTD  
7500 A BEACH ROAD  
#15-322 THE PLAZA  
SINGAPORE 00019-9591  
SINGAPORE

INDEPENDENT MARINE OIL SVCS  
P.O. BOX 1750  
JUPITER, FL 33468-1750

INDIAN OIL (MAURITIUS) LTD  
MER ROUGE TERMINAL  
BRC NO: C07027723  
PORT LOUIS  
MAURITIUS

INTEGRITY FUELS  
P.O. BOX 660658  
MIAMI SPRINGS, FL 33266-0658

INTEGRO USA INC.  
NEW YORK OFFICE  
P.O. BOX 416297  
BOSTON, MA 02241-6297

Internal Revenue Service  
Centralized Insolvency Ops  
PO Box 7346  
Philadelphia, PA 19101-7346

IRVING OIL COMMERCIAL G.P.  
IRVING OIL COMMERCIAL G.P.  
PO BOX 5800  
SAINT JOHN NB  
E2L 0A2, SAINT JOHN NB

JAM MARINE LTD  
TALBOT HOUSE  
204-226 IMPERIAL DRIVE  
HARROW, MIDDLESEX HA2 7HH  
UNITED KINGDOM

JAM DISTRIBUTING MARINE DIV  
P. O. BOX 201979  
DALLAS, TX 75320-1979

John T. Canal  
1071 S. Sun Drive  
Suite 3  
Lake Mary, FL 32746

KRESGE, PLATT & ABARE  
1200 PLANTATION ISLAND DR S  
SUITE 230  
ST. AUGUSTINE, FL 32080

LINDSAY BLEE & CO LTD  
CHILTERN HOUSE 45 STATION RD  
HENLEY- ON-THAMES  
OXFORDSHIRE RG9 1AT  
UNITED KINGDOM

LQM PETROLEUM SERVICES, INC  
P.O. BOX 200157  
PITTSBURGH, PA 15251-0157

M.H. BARRIE & ASSOC  
MARINE SURVEYOR  
P.O. BOX 1164  
MOBILE, AL 36633-1164

M2 LEASE FUNDS LLC  
ATT: CHRISTINE KENNEDY  
175 N. PATRICK BLVD STE 140  
BROOKFIELD, WI 53045

m2 Lease Funds, LLC  
175 N Patrick Blvd  
Suite 140  
Brookfield, WI 53045

Maria Canal  
1071 S. Sun Drive  
Suite 3  
Lake Mary, FL 32746

| | | |
|---|---|---|
| MARINE FUELS MANAGEMENT<br>1553 REBECCA PLACE<br>LONGWOOD, FL 32779 | O.W. BUNKERS (U.K.) LTD<br>SIR HENRY DARVILL HOUSE<br>8/10 WILLIAM STREET<br>WINDSOR, BERKSHIRE GB-SL4 1BA<br>UNITED KINGDOM | RECHOUSA, INC.<br>PO BOX 532530<br>ATLANTA, GA 30353-2530 |
| MARITIMA DOMINICANA, S.A.S.<br>CARR. SANCHEZ KM 12 1/2<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC | OCEANCONNECT UK LTD<br>15 NORTHBURGH STREET<br>LONDON EC1V 0JR 0<br>UNITED KINGDOM | RIO ENERGY INTERNATIONAL SA<br>P.O.BOX 819 - 11300<br>PANAMA CITY<br>PANAMA |
| MARTIN ENERGY SERVICES<br>THREE RIVERWAY<br>SUITE 400<br>HOUSTON, TX 77056 | ORION HOLDINGS LTD<br>Block B4-137, Dafza<br>PO Box 54538<br>DUBAI, UAE | ROMEU HILARIO ANASTACIO JR<br>RUA DA QUITANDAD, 62<br>SUITE 1001<br>CENTRO RIO DE JANEIRO - RJ<br>CEP 20030-011, BRAZIL |
| MATRIX MARITIME MEDIA<br>GURUCHARAN APT OFFICE NO:10<br>THANE<br>MAHARASHTRA 00042-1003<br>INDIA | OW BUNKER & TRADING CO LTD A/S<br>STIGSBORGVEJ 60<br>NOERRESUNDBY DK-9400<br>DENMARK | SAN LUCIAN OIL COMPANY LTD<br>MBR OF FALZON GROUP OF COM<br>42, SPENCER HILL<br>MARSA MRS 1955<br>MALTA |
| MAXUM OIL SVC DE PANAMA, SA<br>P.O. BOX 0843-03119<br>BALBOA, ANCON<br>PANAMA | Paul C Cipparone, Esq<br>Cipparone & Cipparone<br>1540 International Pkwy<br>Suite 1060<br>Lake Mary, FL 32746 | SEA MARINE FUELS LLC<br>SUITE 304, 4440 PGA BLVD<br>PALM BEACH GARDENS, FL 33410 |
| Moore & Van Allen PLLC<br>Attn: James R. Langdon Esq<br>100 N Tryon St, 475h Fl<br>Charlotte, NC 28202-4003 | PETRO-OCEAN TRADING CO LTD<br>#4-1102, KING'S GARDEN<br>73 NAESU-DONG, JONGNO-GU<br>SEOUL 110-873<br>KOREA | Seminole Cty Tax Collector<br>Attn: Ray Valdes<br>PO Box 630<br>Sanford, FL 32772-0630 |
| NAVALMEX COMBUSTIBLES SA DE CV<br>MARGARITAS NO. 425 FLORIDA<br>ALVARO OBREGON<br>MEXICO, D.F. 01030-0000<br>MEXICO | PETROLEO BRASILEIRO S.A. PETROBRAS<br>AVENIDA REPUBLICA<br>DO CHILE, 65<br>RIO DE JANEIRO 02003-1170<br>BRAZIL | SHELL TRADING (US) CO INC<br>1000 MAIN STREET LEVEL 12<br>HOUSTON, TX 77002 |
| Nicholas Trobetas<br>V & P Law Firm<br>61-65 Filonos Str<br>185 35 Piraeus<br>GREECE | PNC Bank, NA<br>500 First Avenue<br>Pittsburgh, PA 15219 | SIN SOON HOCK SDN. BHD.<br>2-7-26, HARBOUR TRADE CENTRE<br>GAT LEBUH MACALLUM<br>PENANG 10300-0000<br>MALAYSIA |
| O'ROURKE MARINE SERVICES<br>P.O. BOX 301457<br>DALLAS, TX 75303-1457 | PORT CONSOLIDATED<br>P. O. BOX 350430<br>FORT LAUDERDALE, FL 33335-0430 | SOCOMET BUNKERING<br>6 AVENUE MARCEAU<br>PARIS 75008-0000<br>FRANCE |
| O.W. BUNKER FAR EAST (S) PTE. LTD<br>300 BEACH ROAD<br>#32-01/03, THE CONCOURSE<br>SINGAPORE 00019-9555<br>SINGAPORE | RAINIER PETROLEUM<br>1711 13TH AVENUE S.W.<br>SEATTLE, WA 98134 | SOL E.C. LTD - ST. KITTS<br>FORT PINE DEPOT<br>BAY ROAD<br>BASSETERRE<br>ST. KITTS |

| | | |
|---|---|---|
| SOUTHEASTERN REAL ESTATE SERVICE, INC<br>933 LEE ROAD, SUITE 400<br>ORLANDO, FL 32810 | [continued address]<br>SUITE 1302<br>AVENIDA NUEVA LIBERTAD 1405<br>VI A DEL MAR<br>CHILE | DBA NEXT HORIZON<br>P.O. BOX 2746<br>SANFORD, FL 32772-2746 |

SOUTHEASTERN REAL ESTATE SERVICE, INC
933 LEE ROAD, SUITE 400
ORLANDO, FL 32810

SUITE 1302
AVENIDA NUEVA LIBERTAD 1405
VI A DEL MAR
CHILE

DBA NEXT HORIZON
P.O. BOX 2746
SANFORD, FL 32772-2746

SOUTHERN MARINE
66 NEW HYDE PARK ROAD
GARDEN CITY, NY 11530

TROPIC OIL COMPANY
10002 N. W. 89TH AVENUE
MIAMI, FL 33178-1409

SPRAGUE
KATHERINE K BATTLES, ESQ
185 INTERNATIONAL DRIVE
PORTSMOUTH, NH 03801

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

SSI PETROLEUM
5131 RECKER HIGHWAY
WINTER HAVEN, FL 33880-1250

UFS - UNITED FUEL SVCS GMBH & CO KG
KONSUL-SMIDT STRASSE 8 F
BREMEN 28217-0000
GERMANY

STAATSOLIE-MAATSCHAPPIJ
SURINAME NV
Dr If Adhinstraat 2 Box 4069
PARAMARIBO
SURINAME

VALERO MKTING AND SUPPLY CO
P.O. BOX 696000
SAN ANTONIO, TX 78269-6000

Stephen E Tunstall, Esq
7745 SW 114 Street
Miami, FL 33156

VAN-OIL PETROLEUM LTD
AKARA BLDG., 24 DE CASTRO ST
WICKHAMS CAY 1
TORTOLA VG1110
BVI

TBS DENIZCILIK VE PETROL
ORHANTEPE MAH. Cinarli
Sokak No.9 Dragos
KARTAL, ISTANBUL 34865-0000
TURKEY

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

TEEKAY CHARTERING LTD
TEEKAY SHIPPING (UK) LTD
2ND FLOOR, 86 JERMYN STREET
LONDON SW1Y 6JD
UNITED KINGDOM

VERTEX REFINING LA.
1331 GEMINI STREET #250
HOUSTON, TX 77058

TEXPAR ENERGY, LLC
PO BOX 809
ONALASKA, WI 54650-0809

VUNANI
10TH FLOOR
2 LONG STREET
CAPE TOWN
SOUTH AFRICA

TOYOTA TSUSHO PETROLEUM USA
90 BROAD STREET SUITE 1506
7TH FLOOR
NEW YORK, NY 10004

WILLIAM G. GOTIMER JR
444 NORTH VILLAGE AVENUE
ROCKVILLE CENTRE, NY 11570