# United States Bankruptcy Court
## Middle District of Florida

In re __Bunkers International Corp.__                                   Case No. _____
                                    Debtor(s)                           Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Bunkers International Corp.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bunkers International, LLC**
**1071 S. Sun Drive**
**Suite 3**
**Lake Mary, FL 32746**

☐ None [*Check if applicable*]

**August 28, 2015**
Date

R Scott Shuker 984469
Signature of Attorney or Litigant
Counsel for __Bunkers International Corp.__
**Latham, Shuker, Eden & Beaudine, LLP**
**PO Box 3353**
**Orlando, FL 32802-3353**
**(407) 481-5800 Fax:(407) 481-5801**