UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| **BUNKERS INTERNATIONAL CORP.,** ) | **Case No.: 6:15-bk-07397-CCJ** |
| ) | **Chapter 11** |
| **Debtor.** ) | |
| _____ ) | **Jointly-administered**[1] |
| ) | |
| **APPLICABLE DEBTOR:** ) | |
| ) | |
| **BUNKERS INTERNATIONAL CORP.,** ) | |
| **CASE NO. 6:15-bk-07397-CCJ** ) | |
| ) | |
| _____ ) | |

**UNITED STATES TRUSTEE'S APPOINTMENT
AND NOTICE OF APPOINTMENT OF COMMITTEE
<u>OF CREDITORS HOLDING UNSECURED CLAIMS\*</u>
[Bunkers International Corp.]**

Pursuant to 11 U.S.C. § 1102(a), the Acting United States Trustee for Region 21, Guy G. Gebhardt, appoints the following creditors to serve on the committee of creditors holding unsecured claims:

| | |
|---|---|
| ORION HOLDINGS LIMITED<br>c/o Leigh Simon Shaddick<br>137, 4EB, DAFZA<br>Dubai, UAE<br>Tel: 0097142045125<br>Fax: 0097142045130<br>Email: trading@orionbunkers.com | TROPIC OIL COMPANY<br>c/o Steve Gorey<br>9970 N.W. 89th Court<br>Miami, FL 33178<br>Tel: 305-888-4611<br>Fax: 305-887-1266<br>Email: sgorey@tropicoil.com |

---

[1] Jointly-administered cases:  Bunkers International, LLC, Case No. 6:15-bk-07397-CCJ; Americas Bunkering, LLC, Case No.: 6:15-bk-07400-CCJ; Atlantic Gulf Bunkering, LLC, Case No. 6:15-bk-07402-CCJ; and Dolphin Marine Fuels, LLC, Case No. 6:15-bk-07404-CCJ.

| | |
|---|---|
| SPRAGUE OPERATING RESOURCES, LLC<br>c/o Derek Hintz<br>185 International Drive<br>Portsmouth, NH 03801<br>Tel: 603-430-7259<br>Fax: 603-766-9734<br>Email: dhintz@spragueenergy.com | |

*Additional creditors may be added to the Committee.

DATED:    September 30, 2015.

GUY G. GEBHARDT
Acting United States Trustee, Region 21

/s/   Elena L. Escamilla
Elena L. Escamilla, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 898414
George C. Young Federal Building and Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 127
Facsimile No.: (407) 648-6323
elena.l.escamilla@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Appointment of Committee of Creditors Holding Unsecured Claims has been furnished by CM/ECF on September 30, 2015 to all parties appearing electronically in the matter, and by e-mail and U.S. Mail to the members of the committee at the addresses as set forth above, and by U.S. Mail to the Debtor at the following address:

Bunkers International Corp.
1071 S. Sun Drive, Suite 3
Lake Mary, FL 32746

/s/   Elena L. Escamilla
Elena L. Escamilla, Trial Attorney