**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO. 6:15-bk-7397-CCJ** |
| **BUNKERS INTERNATIONAL CORP.,** *ET AL.*, | **CHAPTER 11** |
| | **Jointly administered**[1] |
| **Debtors.** | |
| _____/ | Hearing on Confirmation scheduled for Thursday, January 28, 2016 at 2:00 p.m. |

**NOTICE OF HEARING**
**[Notice to correct hearing date]**

     **PLEASE TAKE NOTICE** that a hearing has been set before the Honorable Cynthia C. Jackson, United States Bankruptcy Judge, on **Thursday, the 28th day of January 2016 at 2:00 p.m., at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom D, Orlando, Florida 32801**, to consider and act upon the following:

**MODIFICATION TO JOINT PLAN OF LIQUIDATION**
**(Doc No. 247)**

**CONFIRMATION AFFIDAVIT**
**(Doc No. 248)**

**BALLOT TABULATION**
**(Doc No. 249)**

**SUPPLEMENT TO FINAL APPLICATION OF BURAK GÖKÇE ÇAVUS AND THE ÇAVUS & COSKUNSU LAW FIRM, AS SPECIAL COLLECTION COUNSEL, FOR AWARD OF COMPENSATION i/a/o $20,000.00 USD**
**(Doc No. 242)**

**SUPPLEMENT TO FINAL APPLICATION OF TERRY J. SOIFER AND CONSULTING CFO, INC., AS FINANCIAL ADVISOR, FOR AWARD OF COMPENSATION i/a/o $550.00**
**(Doc No. 243)**

**OBJECTIONS TO DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION BY SEA BUNKERING fNTERNA TIONAL BV**
**(Doc No. 244)**

**LIMITED OBJECTION TO CONFIRMATION OF PLAN OF LIQUIDATION BY RAY VALDES, SEMINOLE COUNTY TAX COLLECTOR**
**(Doc No. 246)**

---

[1]     Jointly-administered cases: Bunkers International, LLC, Case 6:15-bk-7397-CCJ; Americas Bunkering, LLC, Case 6:15-bk-7400-CCJ; Atlantic Gulf Bunkering, LLC, Case 6:15-bk-7402-CCJ; Dolphin Marine Fuels, LLC, Case 6:15-bk-7404-CCJ

**SUPPLEMENT TO FINAL APPLICATION OF R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**
(Doc No. 252)

**DEBTORS' MOTION FOR CRAMDOWN**
Priority Classes 1, 13, and 20
Secured Classes 4, 5, 6, 7, 8, 9, 10, 15, 17, 22, and 23
Equity Classes 12, 19, and 25
(Doc No. 251)

**SUPPLEMENT TO FIRST INTERIM APPLICATION OF J. STEPHEN SIMMS AND SIMMS SHOWERS LLP, SPECIAL LITIGATION AND COLLECTION COUNSEL, FOR AWARD OF ATTORNEYS' FEES**
(Doc No. 253)

and transact such other business as may properly come before the meeting.

All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

<u>Appropriate Attire</u>: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 8, 2016 a true copy of the **NOTICE OF HEARING** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: : Bunkers International Corp., Attn: John Canal, 1071 S Sun Drive, Suite 3, Lake Mary, FL 32746; Moore & Van Allen PLLC, Attn: James R. Langdon Esq, 100 N Tryon St, 47th Fl, Charlotte, NC 28202; Jules S. Cohen, Esq., Akerman LLP, PO Box 231, Orlando, FL 32802-0231; J. Stephen Simms, Esq., Simms Showers LLP, 201 International Circle, Baltimore, MD 21030; John B. Hutton, Esq. Greenberg Traurig, P.A., 333 S.E. Second Avenue, Suite 4400, Miami, Florida 33131; the Local Rule 1007-2 Parties-in-interest list, as shown on the matrices attached to the original of this application filed with the Court; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 27th day of January 2016.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
P.O. Box 3353 (32802-3353)
111 N. Magnolia Ave., Ste. 1400
Orlando, Florida 32801
Tel: 407-481-5800; Fax: 407-481-5801
*Attorney for Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-07397-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Jan 27 09:13:42 EST 2016 | Joseph Badtke-Berkow<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1005 | Bunkers International Corp.<br>1071 S Sun Drive<br>Suite 3<br>Lake Mary, FL 32746-2405 |
| Jason G Cohen<br>711 Louisiana, Suite 2300<br>Houston, TX 77002-2770 | AMERICAN EXPRESS<br>P.O. BOX 360001<br>FT. LAUDERDALE, FL 33336-0001 | ARC Terminals Hldngs LLC<br>3000 Research Forrest Dr<br>Suite 250<br>The Woodlands, TX 77381-4385 |
| Alabama Dept of Revenue<br>PO Box 327490<br>Montgomery, AL 36132-7490 | Ally Financial<br>c/o Andrew W. Houchins, Esq.<br>Post Office Box 3146<br>Orlando, FL 32802-3146 | Andrew D. Zaron, Esq.<br>255 Alhambra Circle, Suite 800<br>Coral Gables, FL 33134-7412 |
| Bunkers International<br>Holdings, LLC<br>1071 S. Sun Drive<br>Suite 3<br>Lake Mary, FL 32746-2405 | C.I. MARINE OIL S.A.<br>BOCAGRANDE CRA. 3 NO.6A-100<br>OFICINA 1202<br>CARTAGENA<br>COLOMBIA | C1 Bank<br>c/o Ryan L. Snyder, Esq.<br>11031 Gatewood Drive<br>Bradenton, FL 34211-4916 |
| CHIMBUSCO PAN NATION PETRO-CHEMICAL<br>LUK KWOK CENTRE<br>9TH FL, 72 GLOUCESTER RD<br>WANCHAI, HONG KONG<br>CHINA | COMMERCHAMP<br>AVENIDA LIBERTADOR CON CALLE EL EMPALME<br>EDIF. PETROLEOS DE VENEZUELA, S.A.<br>TORRE ESTE, URB. LA CAMPINA<br>CARACAS, VENEZUELA, 01050 | CREATIVE OIL LIMITED<br>CREATIVE OIL LIMITED<br>RM 1301, KAI WONG COMM'L BLD<br>222 QUEENS ROAD<br>CENTRAL, HONG KONG |
| CUROIL<br>A MENDEZ CHUMACEIRO BLVD # 15<br>P.O.BOX 3927<br>CURACOA, DUTCH CARIBBERAN<br>NETHERLANDS ANTILLES | California Franchise Tax Bd<br>PO Box 942857<br>Sacramento, CA 94257-0001 | Central Gulf Lines Inc<br>LMS Ship Mgmt for<br>Sulphur Carriers<br>Suite 18290<br>Mobile, AL 36602 |
| Ceres Tank Barge, LLC<br>3808 Cookson Rd<br>E St Louis, IL 62201-2126 | Delaware Dept of Revenue<br>Attn: Zillah Frampton, Bkry<br>820 N French St<br>Wilmington, DE 19801-3509 | Dolphin Marine Fuels, Inc<br>24701 La Plaza, Ste 102<br>Dana Point, CA 92629-2584 |
| Fidelity Security Life Ins<br>FSL/EyeMed Premiums<br>PO Box 632530<br>Cincinnati, OH 45263-2530 | Fratelli Cosulich Unipessoal S.A.<br>c/o Jayna P. Lamar<br>Maynard, Cooper & Gale, P.C.<br>1901 6th Avenue North, Suite 2400<br>Birmingham, AL 35203-4604 | Fratelli Cosulich Unipessoal S.A.<br>c/o Jayna P. Lamar<br>Maynard, Cooper & Gale, PC<br>1901 6th Ave N, Suite 2400<br>Birmingham, AL 35203-4604 |
| Fratelli Cosulich Unipessoal, S.A.<br>c/o Andrew V. Layden, Esq.<br>200 S. Orange Ave.<br>SunTrust Center, Suite 2300<br>Orlando, FL 32801-3432 | GLOBAL COMPANIES L.L.C.<br>800 SOUTH STREET<br>WALTHAM, MA 02453-1483 | Henry Marine Services, Inc<br>PO Box 7650<br>Spanish Fort, AL 36577-7650 |
| Husch Blackwell LLP<br>Attn: Edward Lieberman Esq<br>190 Carondelet Plaza<br>Suite 600<br>St. Louis, MO 63105-3433 | Inspectorate America Corp<br>PO Box 847921<br>Dallas, TX 75284-7921 | Intertek USA Inc<br>PO Box 416482<br>Boston, MA 02241-6482 |

| | | |
|---|---|---|
| Ivy Marine Consulting<br>PO Box 7005<br>Spanish Fort, AL 36577-7005 | JAM DISTRIBUTING MARINE DIV<br>P. O. BOX 201979<br>DALLAS, TX 75320-1979 | LQM PETROLEUM SERVICES, INC.<br>P.O. BOX 200157<br>PITTSBURGH, PA 15251-0157 |
| LQM Petroleum Services, Inc.<br>Glander International Bunkering, Inc.<br>c/o Mark J. Wolfson<br>100 North Tampa St Suite 2700<br>Tampa, FL 33602-5810 | LQM Petroleum Svcs Inc<br>80 Broadway<br>Cresskill, NJ 07626-2153 | Los Angeles Bunker Surveyors<br>US Customs and Broker Prot<br>214 N Marine Ave<br>Wilmington, CA 90744-5725 |
| MARINE FUELS MANAGEMENT LLC<br>1553 REBECCA PLACE<br>LONGWOOD, FL 32779-3070 | Marine Fuels Management<br>2140 S DuPont Hwy<br>Camden, DE 19934-1249 | Marquette Commercial Finance<br>1600 W 82nd Street<br>Suite 250<br>Bloomington, MN 55431-1407 |
| Micronet Networks, Inc<br>19800 MacArthur Blvd<br>Suite 300<br>Irvine, CA 92612-2479 | Navalmax Combustibles, S.A. de C.V<br>c/o William R. Boeringer, Esq.<br>Fowler Rodriguez LLP<br>355 Alhambra Circle, Suite 801<br>Coral Gables, FL 33134-5075 | Nmk Resources, Inc<br>650 Grove Rd, Suite 111<br>Thorofare, NJ 08066-1850 |
| O.W. BUNKER FAR EAST (S) PTE. LTD<br>300 BEACH ROAD<br>#32-01/03, THE CONCOURSE<br>SINGAPORE 00019-9555<br>SINGAPORE | ORION HOLDINGS LTD<br>Block B4-137, Dafza<br>PO Box 54538<br>DUBAI, UAE | OW BUNKER & TRADING CO LTD A/S<br>STIGSBORGVEJ 60<br>NOERRESUNDBY DK-9400<br>DENMARK |
| Ocean Connect Marine<br>3 Stamford Plaza<br>301 Tresser Blvd, 15th Fl<br>Stamford, CT 06901-3280 | Official Committee of Unsecured Creditors<br>c/O John B. Hutton, Esq. and Ari Newman,<br>Greenberg Traurig, P.A.<br>333 S.E. Second Avenue, Suite 4400<br>Miami, FL 33131-3238 | PETRO-OCEAN TRADING CO LTD<br>#4-1102, KING'S GARDEN<br>73 NAESU-DONG, JONGNO-GU<br>SEOUL 110-873<br>KOREA |
| PORT CONSOLIDATED<br>P. O. BOX 350430<br>FORT LAUDERDALE, FL 33335-0430 | Patriot Petroleum Inc<br>44 Merrimac St<br>Newburyport, MA 01950-2580 | SAN LUCIAN OIL COMPANY LTD<br>MBR OF FALZON GROUP OF COMPANIES<br>42, SPENCER HILL<br>MARSA MRS 1955<br>MALTA |
| SOUTHERN MARINE<br>66 NEW HYDE PARK ROAD<br>GARDEN CITY, NY 11530-3955 | SPRAGUE<br>KATHERINE K BATTLES, ESQ<br>185 INTERNATIONAL DRIVE<br>PORTSMOUTH, NH 03801-6836 | STAATSOLIE-MAATSCHAPPIJ<br>SURINAME NV<br>Dr If Adhinstraat 2 Box 4069<br>PARAMARIBO<br>SURINAME |
| Sea Bunkering International BV<br>c/o Gregory L. Scott, Esq.<br>Nason, Yeager, Gerson, White & Lioce, P.<br>1645 Palm Beach Lakes Blvd., Ste. 1200<br>West Palm Beach, FL 33401-2285 | Seminole Cty Tax Collector<br>Attn: Ray Valdes<br>PO Box 630<br>Sanford, FL 32772-0630 | Simms Showers LLP<br>201 International Circle<br>Suite 250<br>Hunt Valley, MD 21030-1448 |
| Singapore Technologies Marine Ltd.<br>c/o Eric A. Rosen, Esquire<br>Fowler White Burnett, P.A.<br>515 N. Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 | TROPIC OIL COMPANY<br>10002 N. W. 89TH AVENUE<br>MIAMI, FL 33178-1497 | Thompson Carriers Inc<br>PO Box 2508<br>Opelika, AL 36803-2508 |

Twain Financial Partners
1232 Washington Ave
Suite 200
St Louis, MO 63103-1983

USBCDE Sub-CDE 88, LLC
Attn: Dir of Asset Mgmt
1307 Washington Ave
Suite 300
St. Louis, MO 63103-1976

VALERO MKTING AND SUPPLY CO
P.O. BOX 696000
SAN ANTONIO, TX 78269-6000


Vopak Terminal LA
PO Box 301065
Dallas, TX 75303-1065

W.T. Ames & Associates
149 Fairway Drive
Daphne, AL 36526-7401

Westoil
910 SW Spokane St
Seattle, WA 98134-1125


World Fuel Services
9800 NW 41st St, Ste 400
Miami, FL 33178-2980

c/o Mark Wolfson
Foley & Lardner LLP
100 North Tampa St
Suite 2700
Tampa, FL 33602-5810

Jules S Cohen +
Akerman Senterfitt
Post Office Box 231
420 South Orange Avenue
Orlando, FL 32801-3313


Bradley M Saxton +
Post Office Box 1391
Orlando, FL 32802-1391

R Scott Shuker +
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Gregory L Scott +
Nason Yeager Gerson White & Lioce PA
3001 PGA Boulevard, Suite 301
Palm Beach Gardens, FL 33410-2896


John B Hutton +
Greenberg Traurig PA
333 Avenue of the Americas
Suite 4400
Miami, FL 33131-3238

Mark J. Wolfson +
Foley & Lardner
100 North Tampa Street, Suite 2700
PO Box 3391
Tampa, FL 33601-3391

Arnold Schneider +
Arnold Schneider, Esq.
2320 Falmouth Road
Maitland, FL 32751-3604


Elena L Escamilla +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Adam L Alpert +
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913

Andrew D Zaron +
Leon Cosgrove LLP
255 Alhambre Circle, Suite 424
Coral Gables, FL 33134-7409


David L Gay +
Berger Singerman, PA
200 South Biscayne Blvd 10th Floor
Miami, FL 33131-2310

Paul Steven Singerman +
Berger Singerman, PA
1450 Brickell Avenue, 19th Floor
Miami, FL 33131-3444

Esther A McKean +
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231


Andrew W Houchins +
Rush Marshall Jones and Kelly
PO Box 3146
Orlando, FL 32802-3146

Jayna Partain Lamar +
Maynard Cooper & Gale PC
1910 6th Avenue North
Suite 2400
Birmingham, AL 35223

Ari Newman +
Greenberg Traurig, P.A.
333 Avenue of the Americas
Suite 4400
Miami, FL 33131-3238


Eric A Rosen +
Fowler White Burnett, P.A.
515 North Flagler Drive, Suite 2100
West Palm Beach, FL 33401-4332

Ryan L. Snyder +
Snyder Law Group, P.A.
11031 Gatewood Drive
Bradenton, FL 34211-4916

Andrew V Layden +
Baker & Hostetler LLP
Suntrust Center - Suite 2300
200 S. Orange Avenue
Orlando, FL 32801-3432


Geremy W Gregory +
Balch & Bingham, LLP
841 Prudential Drive, Suite 1400
Jacksonville, FL 32207-8364

Michelle Otero Valdes +
Chalos & Co
2030 S. Douglas Road, Suite 117
Miami, FL 33134-4615

George M Chalos +
Chalos & Co., P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771-1508

William R Boeringer +
Fowler Rodriguez, LLP
355 Alhambra Circle, Suite 810
Coral Gables, FL 33134-5006

William A Wood +
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2849

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Bunkers International, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746-2405

(u)Navalmex Combustibles, S.A. de C.V.

End of Label Matrix
Mailable recipients    92
Bypassed recipients     2
Total                  94