UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BUNKERS INTERNATIONAL CORP.,
ET AL.,

Debtors.
_____/

CASE NO. 6:15-bk-7397-CCJ

CHAPTER 11

Jointly-administered[1]

## AMERICAS BUNKERING, LLC'S
## MOTION TO DISMISS CHAPTER 11 CASE

**AMERICAS BUNKERING, LLC** ("Debtor"), by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 105(a) and 1112(b) of the Bankruptcy Code, and Federal Rules of Bankruptcy Procedure 1017 and 2002(a)(4) requests that this Court dismiss its Chapter 11 case (Case No. 6:15-bk-7400-CCJ), and in support of its motion states as follows:

1. On August 28, 2015 (the "Petition Date"), Debtor filed a petition under Chapter 11 of the Bankruptcy Code. On the Petition Date, three affiliate companies of the Debtor also filed their Chapter 11 bankruptcy petitions – Bunkers International Corporation; Atlantic Gulf Bunkering, LLC and Dolphin Marine Fuels, LLC (collectively the "Liquidating Debtors"). The Liquidating Debtors are currently pursuing confirmation of their Joint Plan of Liquidation, which is scheduled for confirmation on January 28, 2016.

2. Debtor's Schedules reflect that it is merely a holding company for Dolphin Marine Fuels, LLC and Atlantic Gulf Bunkering, LLC with no assets and no causes of action to pursue.

---

[1] Jointly-administered cases: Bunkers International Corp., Case 6:15-bk-7397-CCJ; Americas Bunkering, LLC, Case 6:15-bk-7400-CCJ; Atlantic Gulf Bunkering, LLC, Case 6:15-bk-7402-CCJ; Dolphin Marine Fuels, LLC, Case 6:15-bk-7404-CCJ

3.  Debtor submits that "cause" exists for the dismissal of this case pursuant to section 1112(b)(1) and (4). Section 1112(b)(4) of the Bankruptcy Code provides a litany of statutory examples of "cause" for dismissal or conversion of a chapter 11 case, but a bankruptcy court is not constrained by those enumerated examples and may find "cause" based on the facts and circumstances of the particular chapter 11 case. *See In re Nugelt, Inc.*, 142 B.R. 661, 665 (Bankr. D. Del. 1992). The legislative history of section 1112(b) of the Bankruptcy Code is nonexclusive, such that a bankruptcy court has the ability to dismiss a chapter 11 case for any reason cognizable to its equity powers. *See* H.R. Rep. No. 595, 95th Cong., 2d Sess. 405-06 (1978).

4.  Based upon the following, it is clear that cause exists for the dismissal of Debtor's Chapter 11 Case. First, Debtor has no funds available for distribution and no assets to be liquidated or recovered for the benefit of its estate. Furthermore, because Debtor has no assets to liquidate, Debtor submits that converting its Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code would create unnecessary administrative expenses, with no meaningful prospect of recovery, and is therefore unwarranted. Dismissal on the other hand, will eliminate the accrual of any administrative expense obligations and bring this case to a prompt conclusion. In short, there is no remaining purpose to be served by having Debtor remain in a bankruptcy case under any chapter.

5.  Accordingly, Debtor seeks entry of an order pursuant to § 1112(b)(1) dismissing its Chapter 11 case and submits that doing so is in the best interests of its estate and creditors.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an order (i) granting this Motion; (ii) dismissing this Chapter 11 Case; and (iii) granting such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 28th day of January 2016.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**Latham, Shuker, Eden & Beaudine, LLP**
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:15-bk-7397-CCJ

BUNKERS INTERNATIONAL CORP.,                        CHAPTER 11
ET AL.,
                                                    Jointly-administered[1]
                    Debtors.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: all creditors and parties-in-interest, as shown on the mailing matrix attached hereto; and the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801; on this 28th day of January 2016.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

---

[1] Jointly-administered cases: Bunkers International Corp., Case 6:15-bk-7397-CCJ; Americas Bunkering, LLC, Case 6:15-bk-7400-CCJ; Atlantic Gulf Bunkering, LLC, Case 6:15-bk-7402-CCJ; Dolphin Marine Fuels, LLC, Case 6:15-bk-7404-CCJ

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-07397-CCJ<br>Middle District of Florida<br>Orlando<br>Mon Dec 28 10:16:37 EST 2015 | ARC Terminals Holdings LLC<br>c/o Bush Ross, P.A.<br>Attn: Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | Ally Financial<br>c/o Andrew W. Houchins<br>Post Office Box 3146<br>Orlando, FL 32802-3146 |
| Americas Bunkering, LLC<br>1071 S Sun Drive<br>Suite 3<br>Lake Mary, FL 32746-2405 | Atlantic Gulf Bunkering, LLC<br>1071 S Sun Drive<br>Suite 3<br>Lake Mary, FL 32746-2405 | Australian Bunker Supplier's C.I. S.A.S<br>c/o Bradley M. Saxton<br>P.O. Box 1391<br>Orlando, FL 32802-1391 |
| Bunkers International Corp.<br>1071 S Sun Drive<br>Suite 3<br>Lake Mary, FL 32746-2405 | C1 Bank<br>11031 Gatewood Drive<br>Bradenton, FL 34211-4916 | Ceres Tank Barge, L.L.C.<br>c/o Balch & Bingham LLP<br>841 Prudential Drive<br>Suite 1400<br>Jacksonville, FL 32207-8364 |
| Curacao Oil, N.V. | Dolphin Marine Fuels, LLC<br>1071 S Sun Drive<br>Suite 3<br>Lake Mary, FL 32746-2405 | Fratelli Cosulich Unipessoal S.A.<br>c/o Maynard, Cooper & Gale, PC<br>1901 6th Ave N<br>Suite 2400<br>Birmingham, AL 35203-4604 |
| GlassRatner Advisory & Capital Group, LLC<br>c/o Susan M Smith<br>142 W. Platt Street, Suite 118<br>Tampa, FL 33606-2315 | Navalmex Combustibles, S.A. de C.V.<br>Fowler Rodriguez LLP<br>William r Boeringer<br>355 Alhambra Circle, Suite 801<br>Coral Gables, FL 33134-5075 | PNC Bank National Association<br>c/o Jules Cohen Esq<br>Akerman LLP<br>P. O. Box 231<br>Orlando, FL 32802-0231 |
| Sea Bunkering International BV<br>c/o Gregory L. Scott, Esq.<br>Nason, Yeager, Gerson, White & Lioce, P.<br>1645 Palm Beach Lakes Blvd., Ste. 1200<br>West Palm Beach, FL 33401-2285 | Scott Shuker | Singapore Technologies Marine Ltd. |
| Terry Soifer<br>2100 Lee Road, Suite F<br>Winter Park, FL 32789-1862 | Vopak Los Angeles Terminal, Inc.<br>c/o Akerman LLP<br>350 East Las Olas Blvd.<br>Fort Lauderdale, Fl 33301-4211 | ADDAX ENERGY SA<br>12, RUE MICHEL-SERVET<br>P.O. BOX 404<br>GENEVA 12 CH-1211<br>SWITZERLAND |
| ADT SECURITY SERVICES, INC.<br>P.O. BOX 672279<br>DALLAS, TX 75267-2279 | ADT Security Svcs<br>3160 Southgate Commerce Blvd<br>Suite 38<br>Orlando, FL 32806-8557 | ALAQUA COUNTRY CLUB<br>2091 ALAQUA DRIVE<br>LONGWOOD, FL 32779-3119 |
| AMERICAN EXPRESS<br>P.O. BOX 360001<br>FT. LAUDERDALE, FL 33336-0001 | ARC Terminals Hldings LLC<br>3000 Research Forrest Dr<br>Suite 250<br>The Woodlands, TX 77381-4385 | ARC Terminals Holdings LLC<br>c/o Steven C. Schnitzer<br>725 Fifth Avenue, 19th Floor<br>New York, NY 10022-2519 |
| AT & T MOBILITY<br>P. O. BOX 536216<br>ATLANTA, GA 30353-6216 | AT&T<br>PO BOX 5019<br>CAROL STREAM, IL 60197-5019 | AT&T Corp<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |

| | | |
|---|---|---|
| AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Alabama Dept of Revenue<br>PO Box 327490<br>Montgomery, AL 36132-7490 | Ally<br>PO Box 380902<br>Bloomington, MN 55438-0902 |
| Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>c/o Andrew W. Houchins, Esq.<br>Post Office Box 3146<br>Orlando, FL 32802-3146 | American Express<br>Corporate Purchasing<br>1801 NW 66th Ave., Ste. 103C<br>Plantation, FL 33313-4571 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Travel Related Services<br>Company, Inc.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Andrew D. Zaron, Esq.<br>255 Alhambra Circle, Suite 800<br>Coral Gables, FL 33134-7412 |
| Asjes/Carrega<br>Attn: Quincy D A Carrega<br>Pietermaai 29A<br>Willemstad<br>CURACAO | Atlantic Communication Team<br>403 S Yonge Street<br>Ormond Beach, FL 32174-6237 | BLAIR AIR COND & HTG. SVC<br>2857 SOUTH BUMBY AVENUE<br>ORLANDO, FL 32806-8704 |
| BROAD AND CASSEL<br>PO BOX 4961<br>ORLANDO, FL 32802-4961 | BUNKERS INT'L (S) PTE LTD<br>5 JALAN MASJID 01-13<br>KEMBANGAN COURT 418944<br>SINGAPORE | BUNKERS INT'L UK LIMITED<br>PEN Y BRYN CENHINEN LLARNWST<br>WALES LL260PD |
| Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118 | BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Bunkers International<br>Holdings, LLC<br>1071 S. Sun Drive<br>Suite 3<br>Lake Mary, FL 32746-2405 |
| C.I. MARINE OIL S.A.<br>BOCAGRANDE CRA. 3 NO.6A-100<br>OFICINA 1202<br>CARTAGENA<br>COLOMBIA | C.I. Vanoil<br>Bocagrande CRA 3 No. 6A-100<br>Oficina 1201<br>Cartegena<br>COLUMBIA | C1 Bank<br>Attn: Legal Dept<br>100 - 5th Street South<br>St Petersburg, FL 33701-4112 |
| C1 Bank<br>c/o Ryan L. Snyder, Esq.<br>11031 Gatewood Drive<br>Bradenton, FL 34211-4916 | CARLOS O PEREZ<br>1015 RIDGEMOUNT PL<br>LAKE MARY FL 32746-1941 | CENTURYLINK<br>PO BOX 1319<br>CHARLOTTE, NC 28201-1319 |
| CHEMOIL LATIN AMERICA INC<br>RUC 439366-1-429943 DV 40,<br>P.H. PLAZA CANIMA, 19TH FL<br>CALLE SAMUEL LEWIS<br>OBARRIO, PANAMA, 00785 | CHIMBUSCO PAN NATION PETRO-CHEMICAL<br>LUK KWOK CENTRE<br>9TH FL, 72 GLOUCESTER RD<br>WANCHAI, HONG KONG<br>CHINA | CLIPPER OIL MARINE FUELS<br>2040 HARBOR ISLAND DRIVE<br>SUITE 203<br>SAN DIEGO, CA 92101-1018 |
| CLIVE VAN AERDE & PARTNERS<br>RIJSELSTRAAT 274<br>8200 BRUGGE<br>BELGIUM | COMMERCHAMP<br>AVENIDA LIBERTADOR CON CALLE EL EMPALME<br>EDIF. PETROLEOS DE VENEZUELA, S.A.<br>TORRE ESTE, URB. LA CAMPINA<br>CARACAS, VENEZUELA, 01050 | CREATIVE OIL LIMITED<br>CREATIVE OIL LIMITED<br>RM 1301, KAI WONG COMM'L BLD<br>222 QUEENS ROAD<br>CENTRAL, HONG KONG |

| | | |
|---|---|---|
| CUROIL<br>A MENDEZ CHUMACEIRO BLVD # 15<br>P.O.BOX 3927<br>CURACOA, DUTCH CARIBBERAN<br>NETHERLANDS ANTILLES | CUROIL (ARUBA) FREEZONE N.V<br>L.G. SMITH BLVD. 62<br>SUITE 301<br>ARUBA | California Franchise Tax Bd<br>PO Box 942857<br>Sacramento, CA 94257-0001 |
| Carlos Perez<br>1015 Ridgemont Place<br>Lake Mary, FL 32746-1941 | Casey Z Donovan, Esq<br>Ecoff Landsberg, LLP<br>280 S Beverly Dr, Ste 504<br>Beverly Hills, CA 90212-3908 | Central Gulf Lines Inc<br>LMS Ship Mgmt for<br>Sulphur Carriers<br>Suite 18290<br>Mobile, AL 36602 |
| Ceres Tank Barge, LLC<br>3808 Cookson Rd<br>E St Louis, IL 62201-2126 | Cockett Marine Oil PTE Ltd<br>1 Maritime Square<br>09-26 Harbour Front Centre<br>SINGAPORE | Concur Technologies, Inc.<br>601 108th Ave., NE, Ste 1000<br>Bellevue, WA 98004-4750 |
| Crown Shredding<br>PO Box 971<br>Winter Haven, FL 33882-0971 | Curacao Oil (Curoil), N.V.<br>c/o Andrew Zaron, Esq.<br>255 Alhambra Circle, Suite 800<br>Coral Gables, FL 33134-7412 | DAN BUNKERING<br>STRANDVEJEN 5<br>DK-5500 MIDDELFART<br>DENMARK |
| DARRELL CARDOZA<br>928 OLD TOWN ROAD<br>CORAM NY 11727-1125 | DOLPHIN MARINE FUELS INC<br>DAVID G LINVILLE<br>82 WARRINGTON DRIVE<br>LAKE BLUFF IL 60044-1321 | DUKE ENERGY<br>P.O. BOX 1004<br>CHARLOTTE, NC 28201-1004 |
| Delaware Dept of Revenue<br>Attn:  Zillah Frampton, Bkry<br>820 N French St<br>Wilmington, DE 19801-3509 | Dolphin Marine Fuels, Inc<br>24701 La Plaza, Ste 102<br>Dana Point, CA 92629-2584 | EAVENSON FRASER LUNSFORD<br>& EVANS, PL<br>4230 PABLO PROFESSIONAL CT<br>SUITE 250<br>JACKSONVILLE, FL 32224-3228 |
| EULER HERMES ACI<br>C/O FINANCE DEPARTMENT<br>800 RED BROOK BLVD.<br>OWINGS MILLS, MD 21117-5190 | EUROSHIPPING & TRADING CO<br>3 ASPASIAS STR<br>NORTH KALLIPOLIS<br>PIRAEUS GR185 39<br>GREECE | EVERCLEAR<br>P.O. BOX 4058<br>AUSTINTOWN, OH 44515-0058 |
| FACTIVA, INC.<br>PO BOX 30994<br>NEW YORK, NY 10087-0994 | FEDEX<br>FEDEX FREIGHT<br>DEPT CH PO BOX 10306<br>PALATINE, IL 60055-0306 | FREEPORT OIL COMPANY LIMITED<br>P. O. BOX  F 4 2458<br>FREEPORT<br>GRAND BAHAMAS |
| FURNESS WITHY LTD<br>CHARTERING)<br>23 FINSBURY HOUSE<br>LONDON EC2M 7EA<br>UK | Factiva<br>Dow Jones & Co<br>1211 Ave of the Americas<br>New York, NY 10036-8711 | Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266-0481 |
| Fidelity Security Life Ins<br>FSL/EyeMed Premiums<br>PO Box 632530<br>Cincinnati, OH 45263-2530 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept of Revenue<br>Attn:  Executive Director<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0140 |

Forprop LLC
55 Jericho Turnpike, Ste 303
Jericho, NY 11753-1013

Fratelli Cosulich Unipessoal S.A.
c/o Jayna P. Lamar
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203-4604

Fratelli Cosulich Unipessoal S.A.
c/o Jayna P. Lamar
Maynard, Cooper & Gale, PC
1901 6th Ave N, Suite 2400
Birmingham, AL 35203-4604

GAC BUNKER FUELS LIMITED
P.O. BOX 18068
JEBEL ALI
DUBAI
UAE

GAC Bunker Fuels Ltd. (DMCC Branch)
Office 4001, Jumeirah Business Center 1
Jumeirah Lake Towers
Dubai, United Arab Emirates

GLOBAL COMPANIES L.L.C.
800 SOUTH STREET
WALTHAM, MA 02453-1483

General Petroleum Company
Attn: Kathleen Ross
19501 S Santa Fe Avenue
Rancho Dominguez, CA 90221-5913

Georgia A. Theodor
24701 La Plaza
Dana Point, CA 92629-2586

Glander International
2401 PGA Blvd, Suite 236
Palm Gardens, FL 33410-3515

HAND ARENDALL LLC
P.O. BOX 123
MOBILE, AL 36601-0123

HANWA AMERICAN CORP.
PARKER PLAZA, 12TH FLOOR
400 KELBY STREET
FORT LEE, NJ 07024-2938

HARBOR-PLAZA CONSOLIDATED
ONE ORIENT WAY
SUITE F 350
RUTHERFORD, NJ 07070-2524

HURON CONSULTING SVCS LLC
4795 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0047

Hanwa American Corp
Euler Hermes North America Insurance Co
800 Red Brook Blvd
Owings Mills MD 21117-5173

Henry Marine Services, Inc
PO Box 7650
Spanish Fort, AL 36577-7650

Husch Blackwell LLP
Attn: Edward Lieberman Esq
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3433

IHS-Fairplay
Willoughby Rd, Bracknell
Berkshire RG12 8FB
UNITED KINGDOM

IMPEX MARINE (S) PTE LTD
7500 A BEACH ROAD
#15-322 THE PLAZA
SINGAPORE 00019-9591
SINGAPORE

INDEPENDENT MARINE OIL SVCS
P.O. BOX 1750
JUPITER, FL 33468-1750

INDIAN OIL (MAURITIUS) LTD
MER ROUGE TERMINAL
BRC NO: C07027723
PORT LOUIS
MAURITIUS

ING BANK N.V.
See attached Annex 1
See attached Annex 1
New York, NY 10020

INTEGRITY FUELS
P.O. BOX 660658
MIAMI SPRINGS, FL 33266-0658

INTEGRO USA INC.
NEW YORK OFFICE
P.O. BOX 416297
BOSTON, MA 02241-6297

IRVING OIL COMMERCIAL G.P.
IRVING OIL COMMERCIAL G.P.
PO BOX 5800
SAINT JOHN NB
E2L 0A2, SAINT JOHN NB

Inergix
6813 Capri Place
Bethesda, MD 20817-4209

Inspectorate America Corp
PO Box 847921
Dallas, TX 75284-7921

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Intertek USA Inc
PO Box 416482
Boston, MA 02241-6482

Ivy Marine Consulting
PO Box 7005
Spanish Fort, AL 36577-7005

J. B. MARINE LTD
TALBOT HOUSE
204-226 IMPERIAL DRIVE
HARROW, MIDDLESEX HA2 7HH
UNITED KINGDOM

J. Stephen Simms PC D/B/A Simms Showers LLP
201 International Circle, Suite 250
Hunt Valley, MD 21030-1448

JAM DISTRIBUTING MARINE DIV
P. O. BOX 201979
DALLAS, TX 75320-1979

John T. Canal
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746-2405

KRESGE, PLATT & ABARE
1200 PLANTATION ISLAND DR S
SUITE 230
ST. AUGUSTINE, FL 32080-3115

LINDSAY BLEE & CO LTD
CHILTERN HOUSE 45 STATION RD
HENLEY-ON-THAMES
OXFORDSHIRE RG9 1AT
UNITED KINGDOM

LQM PETROLEUM SERVICES, INC.
P.O. BOX 200157
PITTSBURGH, PA 15251-0157

LQM Petroleum Services, Inc.
Glander International Bunkering, Inc.
c/o Mark J. Wolfson
100 North Tampa St Suite 2700
Tampa, FL 33602-5810

LQM Petroleum Services, Inc.
c/o Michael J. Small, Esq.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313

LQM Petroleum Svcs Inc
80 Broadway
Cresskill, NJ 07626-2153

Lloy'd List
Informa UK Ltd.
Cus Operation, Sheepen Plac
Colchester, Essex, CO3 3LP
United Kingdom

Los Angeles Bunker Surveyors
US Customs and Broker Prot
214 N Marine Ave
Wilmington, CA 90744-5725

M.H. BARRIE & ASSOC
MARINE SURVEYOR
P.O. BOX 1164
MOBILE, AL 36633-1164

M2 LEASE FUNDS LLC
ATT: CHRISTINE KENNEDY
175 N. PATRICK BLVD STE 140
BROOKFIELD, WI 53045-5811

MARINE FUELS MANAGEMENT LLC
1553 REBECCA PLACE
LONGWOOD, FL 32779-3070

MARITIMA DOMINICANA, S.A.S.
CARR. SANCHEZ KM 12 1/2
SANTO DOMINGO
DOMINICAN REPUBLIC

MARTIN ENERGY SERVICES
THREE RIVERWAY
SUITE 400
HOUSTON, TX 77056-1947

MATRIX MARITIME MEDIA
GURUCHARAN APT OFFICE NO:10
THANE
MAHARASHTRA 00042-1003
INDIA

MAXUM OIL SVC DE PANAMA, SA
P.O. BOX 0843-03119
BALBOA, ANCON
PANAMA

Maria Canal
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746-2405

Marine Fuels Management
2140 S DuPont Hwy
Camden, DE 19934-1249

Marquette Commercial Finance
1600 W 82nd Street
Suite 250
Bloomington, MN 55431-1407

Micronet Networks, Inc
19800 MacArthur Blvd
Suite 300
Irvine, CA 92612-2479

Moore & Van Allen PLLC
Attn: James R. Langdon Esq
100 N Tryon St, 475h Fl
Charlotte, NC 28202-4003

NAVALMEX COMBUSTIBLES SA DE CV
MARGARITAS NO. 425 FLORIDA
ALVARO OBREGON
MEXICO, D.F. 01030-0000
MEXICO

Navalmax Combustibles, S.A. de C.V
c/o William R. Boeringer, Esq.
Fowler Rodriguez LLP
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134-5075

Next Horizon (Y2K Service)
P.O. Box 2746
Sanford, FL 32772-2746

Nicholas Trobetas
V & P Law Firm
61-65 Filonos Str
185 35 Piraeus
GREECE

Nmk Resources, Inc
650 Grove Rd, Suite 111
Thorofare, NJ 08066-1850

Nutech Fire & Security
150 Candace Dr
Maitland, FL 32751-3331

O'ROURKE MARINE SERVICES
P.O. BOX 301457
DALLAS, TX 75303-1457

O.W. BUNKER FAR EAST (S) PTE. LTD
300 BEACH ROAD
#32-01/03, THE CONCOURSE
SINGAPORE 00019-9555
SINGAPORE

O.W. BUNKERS (U.K.) LTD.
SIR HENRY DARVILL HOUSE
8/10 WILLIAM STREET
WINDSOR, BERKSHIRE GB-SL4 1BA
UNITED KINGDOM

OCEANCONNECT UK LTD
15 NORTHBURGH STREET
LONDON EC1V 0JR 0
UNITED KINGDOM

ORION HOLDINGS LTD
Block B4-137, Dafza
PO Box 54538
DUBAI, UAE

OW BUNKER & TRADING CO LTD A/S
STIGSBORGVEJ 60
NOERRESUNDBY DK-9400
DENMARK

Ocean Connect Marine
3 Stamford Plaza
301 Tresser Blvd, 15th Fl
Stamford, CT 06901-3280

Ocean Intelligence
1st Fl, Regency House
4 Clarence Rd Windsor
Berkshire, SL4 5AD
UNITED KINGDOM

Official Committee of Unsecured Creditors
c/O John B. Hutton, Esq. and Ari Newman,
Greenberg Traurig, P.A.
333 S.E. Second Avenue, Suite 4400
Miami, FL 33131-3238

Oil Recovery Co., Inc.
1101 S Conception St.
Mobile, AL 36603-2043

PAUL PAPPACENO
645 CREEK CIRCLE
FT WALTON BEACH FL 32547-3544

PETRO-OCEAN TRADING CO LTD
#4-1102, KING'S GARDEN
73 NAESU-DONG, JONGNO-GU
SEOUL 110-873
KOREA

PETROLEO BRASILEIRO S.A. PETROBRAS
AVENIDA REPUBLICA
DO CHILE, 65
RIO DE JANEIRO 02003-1170
BRAZIL

PNC Bank National Association
c/o E. Ginnette Childs Esquire
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

PNC Bank National Association
c/o Jules S. Cohen
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

PNC Bank, N.A.
600 Galleria Pkwy, Ste. 890
Atlanta, GA 30339-5992

(p)PNC BANK
500 FIRST AVE P7-PFSC-02-F
PITTSBURGH PA 15219-3129

PORT CONSOLIDATED
P. O. BOX 350430
FORT LAUDERDALE, FL 33335-0430

Patriot Petroleum Inc
44 Merrimac St
Newburyport, MA 01950-2580

Paul C Cipparone, Esq
Cipparone & Cipparone
1540 International Pkwy
Suite 1060
Lake Mary, FL 32746-5098

Pencor
1361 13th Ave. South #250
Jacksonville Beach, FL 32250-3238

Quench
P.O. Box 8500
Lockbox 53203
Philadelphia, PA 19178-0001

RICOH USA, INC.
PO BOX 532530
ATLANTA, GA 30353-2530

RIO ENERGY INTERNATIONAL SA
P.O.BOX 819 - 11300
PANAMA CITY
PANAMA

ROMEU HILARIO ANASTACIO JR
RUA DA QUITANDAD, 62
SUITE 1001
CENTRO RIO DE JANEIRO - RJ
CEP 20030-011, BRAZIL

Radcliff/Economy Marine Svcs
115 Coochran Causeway
PO Box 3064
Mobile, AL 36652-3064

Rainier Petroleum Corporation
Kathleen Ross
Manager, Credit & Collections
19501 S Santa Fe Ave
Rancho Dominguez, CA 90221-5913

Ranier Petroleum
Attn: Kathleen Ross
19501 S Santa Fe Avenue
Rancho Dominguez, CA 90221-5913

Resources for Human Dev
110 Timberlachen Court
Unit 1000
Lake Mary, FL 32746-3335

Ricoh USA, Inc.
485 N. Keller Rd., Ste. 400
Maitland, FL 32751-7506

| | | |
|---|---|---|
| SAN LUCIAN OIL COMPANY LTD<br>MBR OF FALZON GROUP OF COMPANIES<br>42, SPENCER HILL<br>MARSA MRS 1955<br>MALTA | SEA MARINE FUELS LLC<br>SUITE 304, 4440 PGA BLVD<br>PALM BEACH GARDENS, FL 33410-6541 | SHELL TRADING (US) CO INC<br>1000 MAIN STREET LEVEL 12<br>HOUSTON, TX 77002-6336 |
| SIN SOON HOCK SDN. BHD.<br>2-7-26, HARBOUR TRADE CENTRE<br>GAT LEBUH MACALLUM<br>PENANG 10300-0000<br>MALAYSIA | SKR Global Advisers LLC<br>6813 Capri Place<br>Bethesda, MD 20817-4209 | SOCOMET BUNKERING<br>6 AVENUE MARCEAU<br>PARIS 75008-0000<br>FRANCE |
| SOL E.C. LTD - ST. KITTS<br>FORT PINE DEPOT<br>BAY ROAD<br>BASSETERRE<br>ST. KITTS | SOUTHEASTERN REALTY GRP INC<br>933 LEE ROAD, SUITE 400<br>ORLANDO, FL 32810-5586 | SOUTHERN MARINE<br>66 NEW HYDE PARK ROAD<br>GARDEN CITY, NY 11530-3955 |
| SPRAGUE<br>KATHERINE K BATTLES, ESQ<br>185 INTERNATIONAL DRIVE<br>PORTSMOUTH, NH 03801-6836 | SSI PETROLEUM<br>5131 RECKER HIGHWAY<br>WINTER HAVEN, FL 33880-1250 | STAATSOLIE-MAATSCHAPPIJ<br>SURINAME NV<br>Dr If Adhinstraat 2 Box 4069<br>PARAMARIBO<br>SURINAME |
| Schindler Elevator Corp.<br>7100 Tpc Dr #300<br>Orlando, FL 32822-5125 | Sea Bunkering Intern'l BV<br>c/o Gregory L Scott, Esq<br>645 Palm Beach Lakes Blvd<br>Suite 1200<br>West Palm Beach, FL 33401 | Seaboard Marine Ltd.<br>8050 NW 79th Ave.<br>Miami, FL 33166-9153 |
| Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | Seminole Cty Tax Collector<br>Attn: Ray Valdes<br>PO Box 630<br>Sanford, FL 32772-0630 | Seychelles Petroleum<br>New Port Road<br>PO Box 222<br>Victoria, Mahe<br>SEYCHELLES |
| Simms Showers LLP<br>201 International Circle<br>Suite 250<br>Hunt Valley, MD 21030-1448 | Singapore Technologies Marine Ltd.<br>c/o Eric A. Rosen, Esquire<br>Fowler White Burnett, P.A.<br>515 N. Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 | Soldiers Creek Condo Assoc<br>PO Box 941036<br>Maitland, FL 32794-1036 |
| Spectrum Bridge Inc<br>110 Timberlachen Circle<br>Unit 1012<br>Lake Mary, FL 32746-3339 | Stephen E Tunstall, Esq<br>7745 SW 114 Street<br>Miami, FL 33156-4422 | TBS DENIZCILIK VE PETROL<br>ORHANTEPE MAH. Cinarli<br>Sokak No.9 Dragos<br>KARTAL, ISTANBUL 34865-0000<br>TURKEY |
| TEEKAY CHARTERING LTD<br>TEEKAY SHIPPING (UK) LTD<br>2ND FLOOR, 86 JERMYN STREET<br>LONDON SW1Y 6JD<br>UNITED KINGDOM | TEXPAR ENERGY, LLC<br>PO BOX 809<br>ONALASKA, WI 54650-0809 | TOYOTA TSUSHO PETROLEUM USA<br>90 BROAD STREET SUITE 1506<br>7TH FLOOR<br>NEW YORK, NY 10004-2291 |
| TRAMP OIL & MARINE<br>SUITE 1302<br>AVENIDA NUEVA LIBERTAD 1405<br>VI A DEL MAR<br>CHILE | TROPIC OIL COMPANY<br>10002 N. W. 89TH AVENUE<br>MIAMI, FL 33178-1497 | TVM 7 Movement &<br>Transactional Services<br>160 Saint Emanuel St<br>Mobile, AL 36602-3007 |

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

Thomas Linville
2600 River Landing Dr
Sanford FL 32771-9516

Thompson Carriers Inc
PO Box 2508
Opelika, AL 36803-2508


Todd C Mallette, Esq
239 Dominica Circle
Niveville, FL 32578-4088

Tropic Oil Co.
10002 N. W. 89 Ave.
Miami Fla 33178-1497

Twain Financial Partners
1232 Washington Ave
Suite 200
St Louis, MO 63103-1983


Tyco Integrated Security
3160 Southgate Commerce
Blvd., #38
Orlando, FL 32806-8549

UFS - UNITED FUEL SVCS GMBH & CO KG
KONSUL-SMIDT STRASSE 8 F
BREMEN 28217-0000
GERMANY

USBCDE Sub-CDE 88, LLC
Attn: Dir of Asset Mgmt
1307 Washington Ave
Suite 300
St. Louis, MO 63103-1976


United Feeder Services
3 Thalias Str
PO Box 56719
3309 Limassol
CYPRUS

VALERO MARKETING AND SUPPLY COMPANY
MICHAEL G SMITH
9857 N 2210 RD
ARAPAHO OK 73620-2123

VALERO MKTING AND SUPPLY CO
P.O. BOX 696000
SAN ANTONIO, TX 78269-6000


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

VERTEX REFINING LA.
1331 GEMINI STREET #250
HOUSTON, TX 77058-2764

VUNANI
10TH FLOOR
2 LONG STREET
CAPE TOWN
SOUTH AFRICA


Van-Oil Petroleum Ltd.
V&P Law Firm
61-65 Filonos Street
Piraeus, Greece, FL 16672

Verizon
P.O. Box 4001
Acworth, GA 30101-9002

Volpak Los Angeles Terminal, Inc.
c/o Michael I. Goldberg, Esquire
Akerman LLP
350 East Las Olas Blvd. - Suite 1600
Fort Lauderdale, Florida 33301-4247


Vopak Terminal LA
PO Box 301065
Dallas, TX 75303-1065

W.T. Ames & Associates
149 Fairway Drive
Daphne, AL 36526-7401

WILLIAM G. GOTIMER JR
444 NORTH VILLAGE AVENUE
ROCKVILLE CENTRE, NY 11570-2328


WILLIAM PREUSCH
3651 THOMPSON ROAD
LAKE MARY FL 32746-4047

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC N0005-055
Des Moines, IA 50309-3605

Westoil
910 SW Spokane St
Seattle, WA 98134-1125


William Nathan Hicks
115 Elissar Dr
Debary FL 32713-5411

World Fuel Services
9800 NW 41st St, Ste 400
Miami, FL 33178-2980

World Fuel Services Corporation
c/o David L. Gay, Esq.
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-5319


XACT Telesolutions
4 Clifford Lane
Unity, ME 04988

Y2K SERVICE, INC
DBA NEXT HORIZON
P.O. BOX 2746
SANFORD, FL 32772-2746

c/o Mark Wolfson
Foley & Lardner LLP
100 North Tampa St
Suite 2700
Tampa, FL 33602-5810

| | | |
|---|---|---|
| c/o Paul Steven Singerman, Esq.<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-3453 | m2 Lease Funds, LLC<br>175 N Patrick Blvd<br>Suite 140<br>Brookfield, WI 53045-5811 | m2 Lease Funds, LLC<br>c/o Russell S. Long, Davis & Kuelthau<br>111 E. Kilbourn Ave., Ste. 1400<br>Milwaukee, WI 53202-6677 |
| Jules S Cohen +<br>Akerman Senterfitt<br>Post Office Box 231<br>420 South Orange Avenue<br>Orlando, FL 32801-3313 | Bradley M Saxton +<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| Gregory L Scott +<br>Nason Yeager Gerson White & Lioce PA<br>3001 PGA Boulevard, Suite 301<br>Palm Beach Gardens, FL 33410-2896 | John B Hutton +<br>Greenberg Traurig PA<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-3238 | Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Adam L Alpert +<br>Bush Ross P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| Andrew D Zaron +<br>Leon Cosgrove LLP<br>255 Alhambre Circle, Suite 424<br>Coral Gables, FL 33134-7409 | David L Gay +<br>Berger Singerman, PA<br>200 South Biscayne Blvd 10th Floor<br>Miami, FL 33131-2310 | Paul Steven Singerman +<br>Berger Singerman, PA<br>1450 Brickell Avenue, 19th Floor<br>Miami, FL 33131-3444 |
| J. Stephen Simms +<br>Simms Showers LLP<br>20 S. Charles Street<br>Suite 702<br>Baltimore, MD 21201-3291 | Andrew W Houchins +<br>Rush Marshall Jones and Kelly<br>PO Box 3146<br>Orlando, FL 32802-3146 | Jayna Partain Lamar +<br>Maynard Cooper & Gale PC<br>1910 6th Avenue North<br>Suite 2400<br>Birmingham, AL 35223 |
| Ari Newman +<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-3238 | Eric A Rosen +<br>Fowler White Burnett, P.A.<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 | Ryan L. Snyder +<br>Snyder Law Group, P.A.<br>11031 Gatewood Drive<br>Bradenton, FL 34211-4916 |
| Geremy W Gregory +<br>Balch & Bingham, LLP<br>841 Prudential Drive, Suite 1400<br>Jacksonville, FL 32207-8364 | Michelle Otero Valdes +<br>Chalos & Co<br>2030 S. Douglas Road, Suite 117<br>Miami, FL 33134-4615 | George M Chalos +<br>Chalos & Co., P.C.<br>55 Hamilton Avenue<br>Oyster Bay, NY 11771-1508 |
| William R Boeringer +<br>Fowler Rodriguez, LLP<br>355 Alhambra Circle, Suite 810<br>Coral Gables, FL 33134-5006 | William A Wood +<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2849 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank, NA
500 First Avenue
Pittsburgh, PA 15219

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)OW Bunker

(u)Glander International Bunkering, Inc.

(u)LQM Petroleum Services, Inc.


(u)Official Committee of Unsecured Creditors

(u)United Feeder Services Ltd.

(u)Vopak Terminal Los Angeles, Inc.


(u)World Fuel Services Corporation

(u)AUSTRALIAN BUNKER
SUPPLIERS, C.I. S.A.S
CALLE 5A, NO. 11-36 LA CURVA
BUENAVENTURA  COLUMBIA

(d)Americas Bunkering, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746-2405


(d)Atlantic Gulf Bunkering, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746-2405

(d)Bunkers International Corp
1071 S Sun Drive Suite 3
Lake Mary FL 32746-2405

(d)Bunkers International, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746-2405


(u)CEREZ

(d)Darrell Cardoza
928 Old Town Road
Coram, NY 11727-1125

(d)Navalmax Combustibles, S.A. de C.V.
c/o William R. Boeringer, Esq.
Fowler Rodriguez LLP
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134-5075


(u)Navalmex Combustibles, S.A. de C.V.

(d)Sea Bunkering International BV
c/o Gregory L. Scott, Esq.
Nason, Yeager, Gerson, White & Lioce, P.
1645 Palm Beach Lakes Blvd., Ste. 1200
West Palm Beach, FL 33401-2285

(d)Thomas Linville
2600 River Landing Dr
Sanford, FL 32771-9516


(d)Tropic Oil Co.
10002 N.W. 89 Ave.
Miami Fla 33178-1497

(u)Tropic Oil Co., 10002 NW 89th Ave, Miami F

(u)VAN-OIL PETROLEUM LTD
AKARA BLDG., 24 DE CASTRO ST
WICKHAMS CAY 1
TORTOLA VG1110
BVI


(u)Van-Oil Petroleum Ltd.
444 Jiron Independencia
Tel: +511-997-578833
Callo, Peru, FL 01

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients   266
Bypassed recipients    23
Total                 289